No. 1569. FIBREBOARD CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 1583. V. E. B. CARL ZEISS, JENA, ET AL. *v.* CARL ZEISS STIFTUNG ET AL. C. A. 2d Cir. Certiorari denied.

No. 1587. STEIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1588. SEARS, ROEBUCK & CO. ET AL. *v.* SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 8th Cir. Certiorari denied.

No. 1591. OHIO *v.* GRIFFITH. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 1593. SOCIETE INDUSTRIES MECHANIQUES ALLIES *v.* LEWIS, U. S. DISTRICT JUDGE. C. A. 4th Cir. Certiorari denied.

No. 1594. MARIE PHILLIPS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 1595. STEVENS ET AL. *v.* BUCKLEY ET. AL. Ct. App. Wash. Certiorari denied.

No. 1597. CONTINENTAL BROADCASTING, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 1602. KINLOCH *v.* NEWS & OBSERVER PUBLISHING CO. C. A. 4th Cir. Certiorari denied.